Case 1:25-mj-00186-ZMF   Document 1-1

Case: 1:25-mj-00186
Assigned To: Judge Zia M. Faruqui
Assign. Date: 8/27/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On August 27, 2025, at approximately 1:17am, Metropolitan Police Department (MPD) Officer Thomas Schemmel and MPD Officer Anthony Willis, in full uniform, were patrolling the 3600 block of Jay Street NE in Washington, D.C., operating an unmarked MPD cruiser. The officers were aware that in the past 30 days, Shotspotter had detected numerous sounds of gunshots in the Mayfair Paradise area, which includes the 3600 block of Jay Street NE.

The officers observed a vehicle parked with lights on and the engine running in the rear of 3697 Jay Street NE. The officers observed that the vehicle was occupied by an individual in the front passenger seat. As the officers approached, the individual rolled down the window. The officers observed that the individual was smoking a hand-rolled cigarette. There was no one else in the vehicle.

Officer Schemmel and Officer Willis made contact with the front passenger, later identified as Gregory PHILLIPS. Officer Schemmel and Officer Willis observed that the hand rolled cigarette was actively burning and there was white smoke in the vehicle. Officer Willis detected an odor consistent with marijuana emanating from the vehicle.

Officer Schemmel reached into the vehicle through the open window and opened the door, directing PHILLIPS to step out of the vehicle in order to effect an arrest pursuant to D.C. Code § 48-911.01(a)(2). PHILLIPS did not step out of the vehicle and asked to call his girlfriend. Officer Schemmel told PHILLIPS to put the phone down. PHILLIPS then quickly got into the driver's seat and attempted to flee from law enforcement. Officer Willis could hear that PHILLIPS was pressing his foot on the gas pedal because the engine was revving. Officer Schemmel was able to prevent the gear shift from being placed into drive and was then able to take the keys out of the ignition. Other federal agents then deployed their tasers in order to safely detain PHILLIPS.

PHILLIPS was placed under arrest for Public Consumption, in violation of D.C. Code § 48-911.01(a)(2), and Resisting Arrest, in violation of D.C. Code § 22-405.01. During the search incident to arrest, PHILLIPS spontaneously stated, "It's right there! It's right there! Its right there!" Officer Willis then conducted a protective pat down of PHILLIPS's front waistband area and felt what he immediately knew to be the handle of a firearm.



*Figure 1 – Firearm recovered from PHILLIPS' front waistband area.*

Officer Schemmel recovered the firearm, which was later determined to be a Black Glock 9mm firearm with serial number LZR933. There were zero rounds of ammunition in the chamber and 33 rounds of 9mm ammunition in a 31-round large capacity feeding device (two extra rounds were in the device).

PHILLIPS was previously convicted in D.C. Superior Court of Carrying a Pistol Without a License on January 17, 2025, in case 2024 CF2 10247. PHILLIPS was sentenced to one year of incarceration, execution of sentence suspended as to all, followed by one year of supervised release, execution of sentence suspended as to all, and eighteen months of probation. Therefore, at the time of this offense, PHILLIPS was aware that he had been convicted of a crime punishable by more than a year imprisonment.

Based on the foregoing facts, Your Affiant submits that there is probable cause to find that, on August 27, 2025, in the District of Columbia, PHILLIPS did unlawfully possess a firearm and ammunition after being convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C § 922(g)(1).

_____
MPD Officer Anthony Willis, Badge 5453

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 27th day of August 2025.*

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE